# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-00040-KDB-DSC

| | |
|---|---|
| GARLAND LAWS et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| C R BARD INCORPORATED et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for James Curtis Tanner and Jon C. Conlin]" (documents ##14-15) filed April 14, 2020. For the reasons set forth therein, the Motions will be granted

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Kenneth D. Bell

**SO ORDERED**.

Signed: April 14, 2020

*/s/ David S. Cayer*
David S. Cayer
United States Magistrate Judge