IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| GARLAND LAWS and KIM LAWS,<br><br>　　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>C. R. BARD INC. AND BARD PERIPHERAL VASCULAR INC.,<br><br>　　　　　　　　　　Defendants. | Case No. 5:20-cv-00040-KDB-DSC |

## ORDER GRANTING STAY DISCOVERY AND ALL PRETRIAL DEADLINES

Before the Court is the parties' Joint Motion to Stay Discovery and all Pretrial Deadlines that was filed on June 18, 2020. Having considered the Motion and good cause having been shown, the Court finds that it should be and is hereby **GRANTED**.

According, it is **ORDERED** that all discovery and pretrial deadlines are hereby stayed for sixty days from the date of entry of this Order, after which the parties shall file a stipulation of dismissal or a joint statement reporting on the status of settlement.

**SO ORDERED**.

Signed: June 18, 2020

David S. Cayer
United States Magistrate Judge